IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| WALTER BUSSEY; et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:10cv191-MHT |
| | ) | |
| MACON COUNTY GREYHOUND PARK, INC., etc., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motions to dismiss (doc. nos. 37, 39, 41, 43, 45, 47, 48 & 49) are set for submission, without oral argument, on May 28, 2010, with all briefs due by said date.

DONE, this the 29th day of April, 2010.

                           /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE