IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WALTER BUSSEY; DOLLIE WILLIAMS; MAUDIE GREEN; DAVID M. PALMER, II; ROBIN PAIGE; PATRICIA WILBORN; and BARBARA GRAHAM, <br><br>**Plaintiffs,**<br><br>v.<br><br>MACON COUNTY GREYHOUND PARK, INC., d/b/a "VICTORYLAND" and "QUINCY'S 777"; MILTON E. MCGREGOR; MULTIMEDIA GAMES, INC.; IGT; CADILLAC JACK, INC.; MIAMI TRIBE OF OKLAHOMA BUSINESS DEVELOPMENT AUTHORITY d/b/a ROCKET GAMING SYSTEMS; NOVA GAMING, LLC; and BALLY GAMING, INC.,<br><br>**Defendants.** | CASE NO. 3:10-cv-0191-WKW-WC |

**MOTION TO DISMISS MIAMI TRIBE OF OKLAHOMA
BUSINESS DEVELOPMENT AUTHORITY
BASED ON SOVEREIGN IMMUNITY**

COMES NOW the Defendant, MIAMI TRIBE OF OKLAHOMA BUSINESS DEVELOPMENT AUTHORITY, hereinafter TRIBE, through its undersigned counsel, pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, and files its Motion to Dismiss the instant action, and alleges and states:

1.      TRIBE is a political subdivision and formed by ordinance of the Miami Tribe of Oklahoma, a federally recognized Indian government which possesses sovereign immunity from unconsented suit. TRIBE has copyright ownership of the name Rocket Gaming Systems and marks TRIBE's products with such label.

2. The Amended Complaint does not allege that either Congress of the United States or TRIBE, through oral contract or otherwise, has consented to suit.

3. TRIBE asserts its sovereign immunity.

WHEREFORE, Defendant, Miami Tribe of Oklahoma Business Development Authority, moves the Court to Dismiss this action against this Defendant pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated this 14th day of July, 2010.

    /s/Stephen W. Shaw
Stephen W. Shaw (SHA006)
Attorney for Miami Tribe of Oklahoma
Business Development Authority


**OF COUNSEL**:
**REDDEN, MILLS & CLARK, LLP**
940 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 322-0457 - office
SWS@rmclaw.com

    /s/Jess Green
Jess Green (OBA#3564
Attorney for Miami Tribe of Oklahoma
Business Development Authority

**OF COUNSEL**:
Green Law Firm, P.C.
301 East Main Street
Ada, Oklahoma 74820
(580)436-1946
(580) 332-5180 (facsimile)
lawoffices@cableone.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of July, 2010, this Motion to Dismiss was electronically filed with the Clerk of the Court, and copies shall be provided to the following:

**William Glassell Somerville, III**
**Andrew Philip Walsh**
Baker Donelson Bearman Caldwell & Berkowitz
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, AL 35203-5203
205-250-8375
205-488-3775 (fax)
Attorneys for Defendant, Bally Gaming, Inc.
Attorneys for Defendant, Nova Gaming, LLC.
wsomerville@bakerdonelson.com
awalsh@bakerdonelson.com

**Walter Britt Calton**
P.O. Box 696
Eufaula, AL 36072-0696
334-687-2407
334-687-2466 (fax)
Attorney for Plaintiffs
wcalton@bellsouth.net

**David Russell Donaldson**
Donaldson & Guin LLC
505 20th Street North
Suite 1000
Birmingham, AL 35203
205-226-2282
205-226-2357 (fax)
Attorney for Plaintiffs
davidd@dglawfirm.com

**Tammy McClendon Stokes**
Donaldson & Guin LLC
505 20th Street North

Suite 1000
Birmingham, AL 35203
205-226-2282
205-226-2357 (fax)
Attorney for Plaintiff
tstokes@dglawfirm.com

**Michael Hampton Boles**
Johnston, Barton, Proctor & Rose LLP – Bham
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
205-458-9459
205-458-9500 (fax)
Attorney for Defendant, Cadillac Jack, Inc.
mhb@johnstonbarton.com

**Joseph Weldell Carlisle**
Johnston, Barton, Proctor & Rose LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
205-458-9459
205-458-9500 (fax)
Attorney for Defendant, Cadillac Jack, Inc.
jwc@jbpp.com

**Robert Marcus Givhan**
Johnston, Barton, Proctor & Rose LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
205-458-9459
205-458-9500 (fax)
Attorney for Defendant, Cadillac Jack, Inc.
rgivhan@johnstonbarton.com

**Jeffrey Edward Holmes**
Johnston, Barton, Proctor & Rose LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
205-458-9459
205-458-9500 (fax)
Attorney for Defendant, Cadillac Jack, Inc.
jeh@johnstonbarton.com

**William Donald Jones, III**
Johnston, Barton, Proctor & Rose LLP – Bham
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
205-458-9459
205-458-9500 (fax)
Attorney for Defendant, Cadillac Jack, Inc.
wjones@johnstonbarton.com

**Emily Coody Marks**
**Tabor Robert Novak, Jr.**
Ball Ball Matthews & Novak PA
P.O. Box 2148
Montgomery, AL 36102-2148
334-387-7680
334-387-3222 (fax)
Attorneys for Defendant, IGT
emarks@ball-ball.com
tnovak@ball-ball.com

**Patricia C. Diak**
**William Mayfield Slaughter**
**Peter John Tepley**
Haskell Slaughter Young & Rediker LLC – Bham
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
205-251-1000
205-251-1133 (fax)

-5-

Attorneys for Defendant, Macon County Greyhound Park, Inc.
pcd@hsy.com
wms@hsy.com
pt@hsy.com

**John Merrill Bolton, III**
**Charlanna White Spencer**
Hill, Hill & Carter
425 South Perry Street
P.O. Box 116
Birmingham, AL 36104
334-834-7600
Attorney for Defendant, McGregor
jbolton@hillhillcarter.com
cspencer@hillhillcarter.com

**Lewis Conrad Anderson, IV**
**David R. Boyd**
**John Eric Getty**
Balch & Bingham LLP
1901 6th Avenue North
Birmingham, AL 35203
205-226-3415
205-488-5729 (fax)
Attorneys for Defendant Multimedia Games, Inc.
canderson@balch.com
dboyd@balch.com
egetty@balch.com