IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DOLLIE WILLIAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v.   ) | CASE NO. 3:10-CV-191-WKW |
| ) | [WO] |
| MACON COUNTY GREYHOUND ) | |
| PARK, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff Patricia Wilborn's Motion to Voluntarily Dismiss Her Claims Against Defendants (Doc. # 215), and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is ORDERED that the motion is GRANTED, and that all claims brought by Plaintiff Wilborn are DISMISSED without prejudice.

DONE this 31st day of August, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE