IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DOLLIE WILLIAMS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 3:10-CV-191-WKW ) |
| MACON COUNTY GREYHOUND PARK, INC., *et al.*, | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 282), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to by the parties. The Clerk of the Court is DIRECTED to close this case.

DONE this 10th day of June, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE